Dismissed and Memorandum Opinion filed April 3, 2008








Dismissed
and Memorandum Opinion filed April 3, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00014-CV

____________

 

PHAM VAN SOI A/K/A SOI VAN PHAM, PHAN NGUON KHOA A/K/A


KHOA NGUON PHAN, JOHN TRINH AND

LY QUOC THAI A/K/A THAI QUOC LY, Appellants

 

V.

 

CAODAISM, CU THANH NGUYEN, TAI TAN LE AND BAO LONG, Appellees

 



 

On Appeal from the
61st District Court

Harris County,
Texas

Trial Court Cause
No. 2007-45600

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 10, 2007.  On March 20, 2008, the
parties filed an agreed motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed April
3, 2008.

Panel consists of Justices Fowler, Frost, and Seymore.